**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov
  2nd  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
  ___  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Robin Santamaria    JOINT DEBTOR: _____ CASE NO.: 13-35314-AJC
Last Four Digits of SS#  1711    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $  596.93    for months    1    to    1   ;
  B.    $  386.68    for months    2    to   20   ;
  C.    $  430.56    for months   21   to   40   ;
  D.    $  608.09    for months   41   to   60   ; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00 TOTAL PAID $ 2000.00
                Balance Due $1,500.00 payable $37.50/month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: N/A

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
Unsecured Creditors:  Pay $      499.74     /month  (Months 1 to 1); pay $  310.51  /month (Months 2 to 20); pay $ 350.00  /month (Months 21 to 40); and pay $  547.28  /month (Months 41 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor shall make all contractual payments for 17801 NW 56th Avenue, Coral City, Florida 33055 to HSBC Mortgage Services, Inc. The debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f) 1-4  on an annual basis during the pendency of this case. The debtor hereby acknowledges that the deadline for providing the trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.
The debtor shall surrender the 2010 Mitsubishi Kiosk with 6" and 8" printer to Marlin Leasing Corporation.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Susy Cabrera Ayluardo, Esq.
Debtor: Robin Santamaria                                            Joint Debtor:
Date:  02/06/2014                                                   Date:

LF-31 (rev. 01/08/10)